# Exhibit A (Page 01 of 12)

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT Randolph ▼ COUNTY | SUMMONS | For Court Use Only |
|---|---|---|
| **Instructions ▼** Enter above the county name where the case was filed. | MALIK CEDRICK BRIGHT <br> **Plaintiff / Petitioner** (First, middle, last name) | |
| Enter your name as Plaintiff/Petitioner. | v. | |
| Enter the names of all people you are suing as Defendants/Respondents. | JEFFREY YENCHKO, in his official )Capacity as Chief of <br> **Defendant / Respondent** (First, middle, last name) | 23-LA-12 <br> **Case Number** |
| Enter the Case Number given by the Circuit Clerk. | ☒ **Alias Summons** (Check this box if this is not the 1st Summons issued for this Defendant.) | |

| **IMPORTANT INFORMATION:** | There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/. <br><br> E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org. <br><br> Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org. |
|---|---|
| **Plaintiff/Petitioner:** | Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons, Small Claims Summons,* or *Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help. <br><br> If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent. |

| | 1. | **Defendant/Respondent's address and service information:** |
|---|---|---|
| In 1a, enter the name and address of a Defendant/Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here. | a. | Defendant/Respondent's primary address/information for service: <br> Name *(First, Middle, Last)*: JURADO VICTOR <br> Registered Agent's name, if any: _____ <br> Street Address, Unit #: 3510 SOUTH MICHIGAN AVE <br> City, State, ZIP: CHICAGO, IL 60653 <br> Telephone: _____ Email: _____ |
| In 1b, enter a second address for Defendant/Respondent, if you have one. | b. | If you have more than one address where Defendant/Respondent might be found, list that here: <br> Name *(First, Middle, Last)*: _____ <br> Street Address, Unit #: _____ <br> City, State, ZIP: _____ <br> Telephone: _____ Email: _____ |
| In 1c, check how you are sending your documents to Defendant/Respondent. | c. | Method of service on Defendant/Respondent: <br> ☐ Sheriff ☐ Sheriff outside Illinois: _____ County & State <br> ☐ Special process server ☐ Licensed private detective |

SU-S 1503.2

Page 1 of 4

(06/21)

Enter the Case Number given by the Circuit Clerk: 2023LA12

| | |
|---|---|
| In 2, enter the amount of money owed to you. | **2. Information about the lawsuit:**<br>Amount claimed: $ _____ |
| In 3, enter your complete address, telephone number, and email address, if you have one. | **3. Contact information for the Plaintiff/Petitioner:**<br>Name *(First, Middle, Last)*: MAAG LAW FIRM<br>Street Address, Unit #: 22 W LORENA AVE<br>City, State, ZIP: WOOD RIVER IL 62095<br>Telephone: (618) 216-5291  Email: MAAGLAWOFFICE@GMAIL.COM |

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| Important information for the person getting this form | You have been sued. Read all of the documents attached to this *Summons*. To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |
|---|---|

| | |
|---|---|
| Check 4a or 4b. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box 4a. Otherwise, if the clerk gives you a court date, check box 4b. | **4. Instructions for person receiving this *Summons* (Defendant):**<br>[X] a. To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served *(not counting the day of service)* by e-filing or at:<br>Address: _____<br>City, State, ZIP: _____ |
| In 4a, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/Response*. | [X] b. Attend court:<br>On: _____ at _____ ☐ a.m. ☐ p.m. in _____<br>    Date     Time              Courtroom<br>**In-person at:**<br><br>_____ _____ _____ _____<br>Courthouse Address  City     State  ZIP<br>OR |
| In 4b, fill out:<br>• The court date and time the clerk gave you.<br>• The courtroom and address of the court building.<br>• The call-in or video information for remote appearances (if applicable).<br>• The clerk's phone number and website. All of this information is available from the Circuit Clerk. | **Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):<br>  By telephone: _____<br>              *Call-in number for telephone remote appearance*<br>  By video conference: _____<br>               *Video conference website*<br><br>_____<br>*Video conference log-in information (meeting ID, password, etc.)*<br><br>Call the Circuit Clerk at: _____ or visit their website<br>               *Circuit Clerk's phone number*<br>at: _____ to find out more about how to do this.<br>   *Website* |

| | |
|---|---|
| **STOP!** The Circuit Clerk will fill in this section. | Witness this Date: 2/2/2024<br>Clerk of the Court: *Julie A. Carnahen* AB |
| **STOP!** The officer or process server will fill in the Date of Service. | This *Summons* must be served within 30 days of the witness date.<br>Date of Service: _____<br>*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)* |

[Randolph County Circuit Court Seal, 1818]

SU-S 1503.2                          Page 2 of 4                         (06/21)

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT <br> Randolph ▼ COUNTY | SUMMONS | For Court Use Only |
|---|---|---|
| **Instructions ▼** <br> Enter above the county name where the case was filed. | MALIK CEDRICK BRIGHT <br> **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | v. | |
| Enter the names of all people you are suing as Defendants/Respondents. | JEFFREY YENCHKO, in his official )Capacity as Chief of <br> **Defendant / Respondent** *(First, middle, last name)* | 23-LA-12 <br> **Case Number** |
| Enter the Case Number given by the Circuit Clerk. | ☒ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | |

| **IMPORTANT INFORMATION:** | There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/. <br><br> E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org. <br><br> Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org. |
|---|---|
| **Plaintiff/Petitioner:** | Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons, Small Claims Summons, or Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help. <br><br> If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent. |

| In 1a, enter the name and address of a Defendant/Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here. | 1. **Defendant/Respondent's address and service information:** <br> a. Defendant/Respondent's primary address/information for service: <br> Name *(First, Middle, Last)*: HANNAH GOLDSTEIN <br> Registered Agent's name, if any: _____ <br> Street Address, Unit #: 3510 SOUTH MICHIGAN AVE <br> City, State, ZIP: CHICAGO, IL 60653 <br> Telephone: _____ Email: _____ |
|---|---|
| In 1b, enter a second address for Defendant/Respondent, if you have one. | b. If you have more than one address where Defendant/Respondent might be found, list that here: <br> Name *(First, Middle, Last)*: _____ <br> Street Address, Unit #: _____ <br> City, State, ZIP: _____ <br> Telephone: _____ Email: _____ |
| In 1c, check how you are sending your documents to Defendant/Respondent. | c. Method of service on Defendant/Respondent: <br> ☐ Sheriff ☐ Sheriff outside Illinois: _____ <br>                                                               County & State <br> ☐ Special process server ☐ Licensed private detective |

2023LA12

Enter the Case Number given by the Circuit Clerk: _____

| | |
|---|---|
| In 2, enter the amount of money owed to you. | **2. Information about the lawsuit:**<br>Amount claimed: $ _____ |
| In 3, enter your complete address, telephone number, and email address, if you have one. | **3. Contact information for the Plaintiff/Petitioner:**<br>Name *(First, Middle, Last)*: MAAG LAW FIRM<br>Street Address, Unit #: 22 W LORENA AVE<br>City, State, ZIP: WOOD RIVER IL 62095<br>Telephone: (618) 216-5291    Email: MAAGLAWOFFICE@GMAIL.COM |

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| Important information for the person getting this form | You have been sued. Read all of the documents attached to this *Summons*. To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |
|---|---|

**4. Instructions for person receiving this *Summons* (Defendant):**

| Check 4a or 4b. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box 4a. Otherwise, if the clerk gives you a court date, check box 4b. | ☒ a. To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served *(not counting the day of service)* by e-filing or at:<br>Address: _____<br>City, State, ZIP: _____ |
|---|---|
| In 4a, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/ Response*. | ☐ b. Attend court:<br>On: _____ at _____ ☐ a.m. ☐ p.m. in _____<br>    Date        Time                  Courtroom<br>**In-person at:**<br>_____<br>*Courthouse Address    City    State    ZIP*<br>OR |
| In 4b, fill out:<br>• The court date and time the clerk gave you.<br>• The courtroom and address of the court building.<br>• The call-in or video information for remote appearances (if applicable).<br>• The clerk's phone number and website. All of this information is available from the Circuit Clerk. | **Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):<br>By telephone: _____<br>    *Call-in number for telephone remote appearance*<br>By video conference: _____<br>    *Video conference website*<br>_____<br>*Video conference log-in information (meeting ID, password, etc.)*<br>Call the Circuit Clerk at: _____ or visit their website<br>    *Circuit Clerk's phone number*<br>at: _____ to find out more about how to do this.<br>    *Website* |

| STOP!<br>The Circuit Clerk will fill in this section. | **Witness this Date:** 2/2/2024<br>**Clerk of the Court:** *Julia A. Cassube* /AB |
|---|---|
| STOP!<br>The officer or process server will fill in the Date of Service. | **This *Summons* must be served within 30 days of the witness date.**<br>Date of Service: _____<br>*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)* |

## Exhibit A (Page 05 of 12)

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT Randolph COUNTY | SUMMONS | For Court Use Only |
|---|---|---|

**Instructions**

Enter above the county name where the case was filed.

Enter your name as Plaintiff/Petitioner.

Enter the names of all people you are suing as Defendants/Respondents.

Enter the Case Number given by the Circuit Clerk.

MALIK CEDRICK BRIGHT
Plaintiff / Petitioner (First, middle, last name)

v.

JEFFREY YENCHKO, in his official ) Capacity as Chief of
Defendant / Respondent (First, middle, last name)

Case Number: 23-LA-12

☒ **Alias Summons** (Check this box if this is not the 1st Summons issued for this Defendant.)

**IMPORTANT INFORMATION:**

There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.

Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org.

**Plaintiff/Petitioner:**

Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons, Small Claims Summons, or Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.

If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent.

In 1a, enter the name and address of a Defendant/Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here.

1. Defendant/Respondent's address and service information:
   a. Defendant/Respondent's primary address/information for service:
      Name (First, Middle, Last): GABRIEL RUVALABA
      Registered Agent's name, if any: _____
      Street Address, Unit #: 5810 S N. England Ave
      City, State, ZIP: CHICAGO, IL 60653
      Telephone: _____ Email: _____

In 1b, enter a second address for Defendant/Respondent, if you have one.

   b. If you have more than one address where Defendant/Respondent might be found, list that here:
      Name (First, Middle, Last): _____
      Street Address, Unit #: _____
      City, State, ZIP: _____
      Telephone: _____ Email: _____

In 1c, check how you are sending your documents to Defendant/Respondent.

   c. Method of service on Defendant/Respondent:
      ☐ Sheriff   ☐ Sheriff outside Illinois: _____
      County & State
      ☐ Special process server   ☐ Licensed private detective

SU-S 1503.2            Page 1 of 4            (08/21)

Enter the Case Number given by the Circuit Clerk: **2023LA12**

| | | |
|---|---|---|
| **In 2, enter the amount of money owed to you.** | **2.** | **Information about the lawsuit:** Amount claimed: $ _____ |
| **In 3, enter your complete address, telephone number, and email address, if you have one.** | **3.** | **Contact Information for the Plaintiff/Petitioner:** Name (First, Middle, Last): MAAG LAW FIRM <br> Street Address, Unit #: 22 W LORENA AVE <br> City, State, ZIP: WOOD RIVER IL 62095 <br> Telephone: (618) 216-5291    Email: MAAGLAWOFFICE@GMAIL.COM |

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*. To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |
|---|---|

| | | |
|---|---|---|
| **Check 4a or 4b. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box 4a. Otherwise, if the clerk gives you a court date, check box 4b.** | **4.** | **Instructions for person receiving this Summons (Defendant):** |
| | ☒ a. | To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at: <br> Address: _____ <br> City, State, ZIP: _____ |
| **In 4a, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/Response*.** | ☐ b. | Attend court: <br> On: _____ at _____ ☐ a.m. ☐ p.m. in _____ <br>    Date    Time           Courtroom <br> In-person at: <br> _____ <br> Courthouse Address   City       State   ZIP <br> OR |
| **In 4b, fill out:** <br> • The court date and time the clerk gave you. <br> • The courtroom and address of the court building. <br> • The call-in or video information for remote appearances (if applicable). <br> • The clerk's phone number and website. All of this information is available from the Circuit Clerk. | | Remotely (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"): <br> By telephone: _____ <br>    Call-in number for telephone remote appearance <br> By video conference: _____ <br>    Video conference website <br> _____ <br> Video conference log-in information (meeting ID, password, etc.) <br><br> Call the Circuit Clerk at: _____ or visit their website <br>    Circuit Clerk's phone number <br> at: _____ to find out more about how to do this. <br>    Website |

| | |
|---|---|
| **STOP!** The Circuit Clerk will fill in this section. | Witness this Date: **2/2/2024** <br> Clerk of the Court: *Julie A. Carriahan* AB |
| **STOP!** The officer or process server will fill in the Date of Service. | This *Summons* must be served within **30 days** of the witness date. <br> Date of Service: _____ <br> (Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.) |

FILED
5/16/2023 1:19 PM
Julie A. Carnahan
CIRCUIT CLERK
RANDOLPH COUNTY, IL

IN THE CIRCUIT COURT
TWENTY FOURTH JUDICIAL CIRCUIT
RANDOLPH COUNTY, ILLINOIS

| | |
|---|---|
| **MALIK CEDRICK BRIGHT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2023LA12 |
| ) | |
| **JEFFREY YENCHKO,** in his official ) | |
| Capacity as Chief of the Firearms ) | |
| Services Bureau, **VICTOR JURADO,** ) | |
| **HANNAH GOLDSTEIN** and ) | |
| **GABRIEL RUVALCAHA** ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT

Comes now Plaintiff Malik C. Bright, by and through his attorneys, Thomas G. Maag and the Maag Law Firm, LLC, and states as follows:

### COUNT I

1. At all times relevant, Defendant Jeffrey Yenchko, is the Chief of the Firearms Services Bureau, of the Illinois State Police, and administers the FOID card program of same.

2. At all times relevant, Defendants Victor Jurado, Hannah Goldstein and Gabriel Ruvalcaba ("Collectively the arresting officers") are police officers, who at all times relevant, were acting under color of state law.

3. That Plaintiff Malik Cedrick Bight, on 2-24-2023, was the holder of a valid Firearms Owners Identification Card.

4. That on 2-24-2023, Plaintiff was traveling, with his FOID card, and a Glock .45 pistol, which was unloaded, and stored in a case, in a vehicle, which was legal.

Purchased from re:SearchIL

5. That the vehicle Plaintiff was riding in was stopped by two police officers,

6. When inquired of by the arresting officers, Plaintiff truthfully acknowledged that he had a cased, unloaded pistol in his motor vehicle, and presented his valid Illinois State Police Firearms Owners Identification Card to the arresting officers.

7. As a result of the foregoing, and in accordance with their local policy and custom of arresting as many persons as possible for purported firearms offenses, and confiscating said firearm, even when the holder is properly licensed, and the firearm lawfully possessed, Defendants arrested Plaintiff, and seized his lawfully possessed and unloaded Glock Pistol.

8. That in arresting Plaintiff, the arresting officers lied on their paperwork, and claimed that Plaintiff did not have a FOID card, when they all knew that this was false, as Plaintiff presented a fully valid FOID card to them.

9. In addition, the arresting officers have access to Illinois State Police Databases, showing that Plaintiff had a fully valid FOID card at the time of arrest.

10. That despite the foregoing, and without any probable cause, the arresting officers arrested Plaintiff for Aggravated Unlawful Use of a Firearm, for allegedly having no FOID card and carrying a loaded firearm, both of which were untrue.

11. That Aggravated Unlawful Use of a Firearm is a felony offense.

12. That as a result of being charged with a felony offense, Defendant Yenchko, in his official capacity, suspended, revoked or otherwise invalidated Plaintiff's FOID card, without notice or opportunity to be heard.

13. That the charges against Plaintiff were dropped on 4-20-2023.

14. That on or about 4-21-2023, Plaintiff filed a request to reinstate his FOID card.

Purchased from re:SearchIL

15. However, while Defendant Yenchko will immediately suspend for a felony charge, it will not immediately reinstated when the charge is dropped, the state has not restored Plaintiff's FOID card.

16. As a proximate cause, Plaintiff has been deprived of his ability to keep and bear arms, under the Second And Fourteenth Amendments, including in his own home, where the right is the most protected.

17. That venue is appropriate in this County as this Defendant is violating Plaintiff's right to keep and bear arms in this County, thus infringing on the right of the Plaintiff to keep and bear arms, in his home, in this County.

18. This action is brought pursuant to 42 U.S.C. 1983

WHEREFORE, Plaintiff humbly requests that this Honorable Court enter judgment in his favor, and against Defendant Jeffrey Yenchko, in his official capacity, and enjoin Defendant Yenchko from continuing to hold as suspended Plaintiff's FOID card, and from suspended Plaintiff's FOID card in the future, based on a mere criminal charge, as opposed to a conviction, plus costs of suit pursuant to 41 U.S.C. 1988, including attorney fees.

### COUNT II

1- 16. Plaintiff adopts paragraphs 1 through 16 of Count I.

17. By seizing Plaintiff's firearm, without probable cause of a crime justifying same, as heretofore alleged, and charging Plaintiff with a felony they had no probably cause to suspect Plaintiff of actually committing, resulting in the invalidation of Plaintiff's FOID card, and thus the inability to acquire a replacement firearm, the arresting defendants have deprived Plaintiff of his right to keep and bear arms.

18. This action was intentional, not negligent, and done in accordance with unlawful policy and procedure of their superiors, to arrest as many persons as possible for possession of a firearm, and to seize said firearm, even where possession is legal.

19. That is arresting Plaintiff, and claiming that he lacked a FOID card, the arresting officers affirmatively lied in order to obtain felony charges and the justify the arrest.

20. As a proximate cause of the foregoing, Plaintiff has been deprived of his right to keep and bear arms, and has suffered damages in excess of $50,000.00.

21. This action is brought pursuant to 42 U.S.C. 1983.

WHEREFORE, Plaintiff humbly requests damages, against Defendants Victor Jurado, Hannah Goldstein and Gabriel Ruvalcaba, jointly and severally, including punitive damages, in an amount in excess of $50,000.00, plus costs of suit and attorney fees under 42 U.S.C. 1988.

## COUNT III

1- 16. Plaintiff adopts paragraphs 1 through 16 of Count I.

17. By arresting and incarcerating Plaintiff, without probably cause to believe that such a crime has been actually committed, the arresting Defendants have violating Plaintiff's Fourth and Fourteenth Amendment rights, under color of state law.

18. This action was intentional, not negligent, and done in accordance with unlawful policy and procedure of their superiors, to arrest as many persons as possible for possession of a firearm, and to seize said firearm, even where possession is legal.

19. That in arresting Plaintiff, and claiming that he lacked a FOID card, the arresting officers affirmatively lied in order to obtain felony charges and the justify the arrest.

Purchased from re:SearchIL

20. As a proximate cause of the foregoing, Plaintiff has been deprived of his right to be free from free to unreasonable seizure and has suffered damages in excess of $50,000.00.

21. This action is brought pursuant to 42 U.S.C. 1983.

WHEREFORE, Plaintiff humbly requests damages, against Defendants Victor Jurado, Hannah Goldstein and Gabriel Ruvalcaba, jointly and severally, including punitive damages, in an amount in excess of $50,000.00, plus costs of suit and attorney fees under 42 U.S.C. 1988.

### COUNT IV

1 – 6 Plaintiff adopts paragraphs 1 through 6 of Count I.

7. That the arresting officers, without lawful authority, took and carried aware from Plaintiff, one Glock Pistol.

8. That Plaintiff demanded the return of his pistol from the arresting officers.

9. That the arresting officers have failed to return Plaintiff's pistol to him, of is designee.

10. As a proximate cause, Plaintiff has been damaged in an amount of about $600.00.

11. That defendant's conduct was intentional, contumacious and made without regard to the actual law.

WHEREFORE, Plaintiff humbly requests damages, against Defendants Victor Jurado, Hannah Goldstein and Gabriel Ruvalcaba, jointly and severally, in the amount of $600.00, plus 10 times punitive damages in order to punish these defendants, and to deter these and others in the future from such conduct, plus costs of suit.

Purchased from re:SearchIL

Dated: 5-8-2023　　　　　　　　　　　　Respectfully Submitted,

By: Thomas G. Maag

Thomas G. Maag #6272640
Maag Law Firm, LLC
22 West Lorena Avenue
Wood River, IL 62095
618-216-5291
tmaag@maaglaw.com

## CERTIFICATE OF CASE VALUE

The undersigned hereby certifies that this case has a value in excess of $50000.00.

Dated: 5-8-2023　　　　　　　　　　　　s/Thomas G. Maag

Purchased from re:SearchIL